|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09 cr 349 OWW |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION TO CONTINUE HEARING;  AND |
| **CRISTIAN GOMEZ,** | ) | ORDER THEREON |
| Defendant. | ) | |
| | ) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on April 19, 2010 at the hour of 9.:00 AM.

DATED: March 12, 2010                                    _/s/ OLIVER W. WANGER_____
                                                                              Hon. Oliver W. Wanger
                                                                              District Court Judge